UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARITZA VASQUEZ,
*individually and on behalf of others similarly situated,*   Civil Action No. **24-cv-07321-JLR**

                *Plaintiff,*

                                        **[Proposed Form Of]**
-against-                                         **JUDGMENT**

SAN JOSE RESTAURANT CORP. (D/B/A
SAN JOSE RESTAURANT),
TULCIMEXICO RESTAURANT INC.
(D/B/A TULCIMEXICO RESTAURANT),
EDUARDO LUCERO VELAZQUEZ, and
OLESYA DAVLAD,

                *Defendants,*
----------------------------------------------------------------X

## JUDGMENT

On February 4, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARITZA VASQUEZ, have judgment against SAN JOSE RESTAURANT CORP. (D/B/A SAN JOSE RESTAURANT), TULCIMEXICO RESTAURANT INC. (D/B/A TULCIMEXICO RESTAURANT), EDUARDO LUCERO VELAZQUEZ, and OLESYA DAVLAD, jointly and severally, in the amount of Thirty-Five Thousand Dollars and No Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is respectfully directed to close the case.

Date:   February 5, 2025
           New York, New York

                                                           *[signature: Jennifer Rochon]*
                                             HON. JUDGE JENNIFER L. ROCHON
                                             UNITED STATES DISTRICT JUDGE